# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
       APR 0 9 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

*******************************************

**UNITED STATES OF AMERICA**

**Criminal Action No.08-MJ-147**

**v.**

**CHRISTOPHER WILSON,**
             **Defendant.**
*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Criminal Complaint, Case Number 5:08-MJ-147, against Christopher Wilson, the defendant.

The reason(s) for this dismissal are (check one or more):

  ___ Case transferred to another District

  ___ Speedy Trial Act

  ___ Defendant's cooperation

  ___ Insufficient evidence at this time

  _X_ Other: Further prosecution at this time is not in the best interests
     of the United States.

With respect to this dismissal, defendant (check one):

    \_\_ Consents

    \_\_ Objects

    _X_ Has not been consulted

This dismissal is without prejudice.

                                        GLENN T. SUDDABY
                                        United States Attorney

By:    Carla Freedman
        Assistant U.S. Attorney
        Bar Roll No. 514723

Leave of court is granted for the filing of the foregoing dismissal.

Dated: April 9, 2008
       Syracuse, New York      Hon. David E. Peebles
                                      United States Magistrate Judge